☒ FILED   ☐ LODGED

**Apr 21 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: 25-04879MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-18-25 | 4-18-25 10:57am | N/A |

INVENTORY MADE IN THE PRESENCE OF

W. Akins / A. Atayde

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

10 grams of marijuana

Packaging material

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4-18-25

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title